Appeal by the defendant from a judgment of the County Court, Orange County (De Rosa, J.), rendered March 11, 2016, convicting him of escape in the second degree, upon his plea of guilty, and imposing sentence upon his adjudication as a second felony offender.
 

 Ordered that the judgment is modified, on the law, by vacating the defendant’s adjudication as a second felony offender and the sentence imposed; as so modified, the judgment is affirmed, and the matter is remitted to the County Court, Orange County, for a new second felony offender hearing and for resentencing thereafter.
 

 At the sentencing proceeding, the defendant admitted that he had a prior felony conviction in 2008 of burglary in the second degree. However, he indicated that he was challenging his 2008 felony conviction on constitutional grounds. Under these circumstances, as the People correctly concede, the County Court was obligated to conduct further inquiry to ascertain the nature of the defendant’s constitutional challenges, and to conduct a hearing thereon (see CPL 400.21; People v Pierre, 30 AD3d 897 [2006]; People v Katz, 214 AD2d 586 [1995]; People v Chestnut, 188 AD2d 480 [1992]; People v Davis, 144 AD2d 688 [1988]).
 

 Dillon, J.P., Sgroi, Maltese, Bar-ros and Christopher, JJ., concur.